UNITED STATES COURT OF INTERNATIONAL TRADE

---------------------------------------------------------x
:
JIANGSU DINGSHENG NEW MATERIALS :
JOINT-STOCK CO., LTD.; DINGSHENG :
ALUMINIUM INDUSTRIES (HONG KONG) :
TRADING CO., LIMITED (DINGSHENG :
ALUMINIUM INDUSTRIES (HONG KONG) :
TRADING CO., LTD.); HANGZHOU :
DINGSHENG IMPORT & EXPORT CO., LTD. :
(HANGZHOU DINGSHENG IMPORT AND :
EXPORT CO., LTD.); HANGZHOU FIVE STAR :
ALUMINIUM CO., LTD.; HANGZHOU :
TEEMFUL ALUMINIUM CO., LTD.; INNER :
MONGOLIA LIANSHENG NEW ENERGY :
MATERIAL CO., LTD.; AND INNER :
MONGOLIA XINXING NEW ENERGY :
MATERIAL CO., LTD., :
:
                Plaintiffs, :
: **SUMMONS**
   v. :
: Court No. 23-00264
UNITED STATES, :
:
                Defendant. :
:
---------------------------------------------------------x

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                      **/s/ Mario Toscano**
                                      Clerk of the Court

1. <u>Name and standing of plaintiffs:</u> Plaintiffs in this action are Jiangsu Dingsheng New Materials Joint-Stock Co., Ltd.; Dingsheng Aluminium Industries (Hong Kong) Trading Co., Limited (Dingsheng Aluminium Industries (Hong Kong) Trading Co., Ltd.); Hangzhou Dingsheng Import & Export Co., Ltd. (Hangzhou Dingsheng Import and Export Co., Ltd.); Hangzhou Five Star Aluminium Co., Ltd.; Hangzhou Teemful Aluminium Co., Ltd.; Inner Mongolia Liansheng New Energy Material Co., Ltd.; and Inner Mongolia Xinxing New Energy Material Co., Ltd. As foreign manufacturers and exporters of the subject merchandise from China, Plaintiffs are interested parties within

the meaning of 19 U.S.C. § 1677(9)(a), who were parties to the proceeding that led to the determination being challenged. Plaintiffs participated in the proceeding through the submission of questionnaire responses and written arguments. As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(1)(d).

2. Brief description of the contested determination: The contested determination is the U.S. Department of Commerce's *Certain Aluminum Foil From People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021-2022*, 88 Fed. Reg. 76734 (Nov. 7, 2023). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the date of mailing of the determination and is timely filed pursuant to 19 U.S.C. § 1561(a)(2)(A).

3. Effective date of determination: November 7, 2023.

4. Date of publication in the Federal Register of the contested determination: November 7, 2023.

                Respectfully submitted,

                */s/ Ned H. Marshak*
                Ned H. Marshak*
                Jordan C. Kahn
                Dharmendra N. Choudhary

                GRUNFELD, DESIDERIO, LEBOWITZ,
                SILVERMAN & KLESTADT LLP
                *599 Lexington Ave FL 36
                New York, NY 10022
                (212)557-4000

                1201 New York Ave., NW, Suite 650
                Washington, DC 20005
                (202) 783-6881

Dated: December 7, 2023

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230


Date: December ___, 2023                    By: <u>The Honorable Mario Toscano</u>
                                                                             <u>Clerk of the Court</u>