UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JIANGSU DINGSHENG NEW MATERIALS JOINT-STOCK CO., LTD. ET AL., <br><br>  Plaintiff, <br><br>v. <br><br>UNITED STATES, <br><br>  Defendant, <br><br>and <br><br>ALUMINUM ASSOCIATION TRADE ENFORCEMENT WORKING GROUP AND ITS INDIVIDUAL MEMBERS, ET AL., <br><br>  Defendant-Intervenors. | Before: Claire R. Kelly, Judge <br><br>Court No. 23-00264 |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion to Supplement the Joint Appendix, see ECF No. 58, upon due deliberation, and pursuant to U.S. Court of International Trade Rule 7(b), it is

**ORDERED** that the motion is granted; and it is further

Court No. 23-00264 Page 2

**ORDERED** that Plaintiffs shall file a supplement to the joint appendix on or before Friday, June 27, 2025.

<u>/s/ Claire R. Kelly</u>
Claire R. Kelly, Judge

Dated:    June 25, 2025
         New York, New York