

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

July 21, 2025

Ned Herman Marshak, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
    Email:    nmarshak@gdlsk.com

Dharmendra Narain Choudhary, Esq.
Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
    Email:    dchoudhary@gdlsk.com
                jkahn@gdlsk.com

Christopher A. Berridge, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
    Email:    christopher.berridge@usdoj.gov

JonZachary Forbes, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement & Compliance
1401 Constitution Avenue, NW
Washington, DC 20230
    Email:    jonzachary.forbes@trade.gov

John M. Herrmann, II, Esq.
Joshua Rubin Morey, Esq.
Matthew G. Pereira, Esq.
Paul Charles Rosenthal
Kelley Drye & Warren, LLP
3050 K Street, NW
Suite 400
Washington, DC 20007-5108
Email:　　jherrmann@kelleydrye.com
　　　　　jmorey@kelleydrye.com
　　　　　mpereira@kelleydrye.com
　　　　　prosenthal@kelleydrye.com

　　　　Re:　　*Jiangsu Dingsheng New Materials Joint-Stock Co., Ltd. et al v. United States,* Court No. 23-00264

Dear Counsel:

　　　　It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Friday, July 25, 2025. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Thursday, July 24, 2025 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

　　　　Thank you for your assistance.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Claire R. Kelly
　　　　　　　　　　　　　　　　　　　　　　　　Claire R. Kelly, Judge