## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **JIANGSU DINGSHENG NEW MATERIALS JOINT-STOCK CO., LTD. ET AL.,**<br><br>  **Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>  **Defendant,**<br><br>**and**<br><br>**ALUMINUM ASSOCIATION TRADE ENFORCEMENT WORKING GROUP AND ITS INDIVIDUAL MEMBERS, ET AL.,**<br><br>  **Defendant-Intervenors.** | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 23-00264** |

## <u>JUDGMENT</u>

This case having been duly submitted for decision, and the Court after due deliberation having rendered its opinion, and now in conformity with that opinion, it is

**ORDERED** that the fourth administrative review of the antidumping duty order covering certain aluminum foil from the People's Republic of China, <u>see</u> <u>Certain Aluminum Foil From People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021–2022</u>, 88 Fed. Reg. 76,734 (Dep't Commerce Nov. 7, 2023) (final results of [ADD] admin. review; 2021–2022) and accompanying Issues & Decision Memo. for the Final Results

Court No. 23-00264                                                      Page 2

of the Fourth [ADD] Admin. Review; 2021–2022, A-570-053 (Nov. 1, 2023), ECF No.

19-4, are sustained, except for the matters remanded by the Court's Order, July 21,

2025, ECF No. 61; and it is further

    **ORDERED** that the U.S. Department of Commerce's ("Commerce") remand

redetermination, <u>see</u> <u>Final Results of Redetermination Pursuant to Court Remand

Order</u>, Dec. 15, 2025, ECF Nos. 75–76 is sustained, and judgment is accordingly

entered for Defendant United States; and it is further

    **ORDERED** that the subject entries shall be liquidated in accordance with the

final court decision, including all appeals, as provided for in section 516A(e) of the

Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2024).

        /s/ Claire R. Kelly
        Claire R. Kelly, Judge

Dated:      June 16, 2026
          New York, New York